UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAKIMA PATTERESON,

        Petitioner,        Case No. 1:13-cv-503

v.        Honorable Paul L. Maloney

CINDI S. CURTIN,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice because it fails to raise a meritorious federal claim.


Dated:  August 4, 2016        /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge